UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
                                                  :

**A. Rum Kim**,                                       :

                      Plaintiff,            :

                                             :        **ORDER**

             -against-                 :

                                             :        23-CV-5445 (FB)(PK)

**NYC Green Transportation Group LLC,**   :
**NuRide Transportation Group LLC,**        :
**Anthony G. Parrizzi, and Nadim Ahmed**, :

                   Defendants.        :

---------------------------------------------------------------- x

**Peggy Kuo, United States Magistrate Judge:**

       A. Rum Kim ("Plaintiff") brought this action against NYC Green Transportation LLC, NuRide Transportation Group LLC, Anthony G. Parrizzi, and Nadim Ahmed (collectively, the "Defendants"). (*See* Dkt. 1.) You are receiving this notice as one of those Defendants. If you are an individual, you may have a lawyer appear for you. If you are a corporation, you must have a lawyer appear for you. A corporation may only appear through licensed counsel.

       If you continue not to participate in this lawsuit, the Court may enter a default judgment. It may also award Plaintiff the damages she is seeking. A judgment is a public record with potential consequences, particularly if you do not pay the judgment. Plaintiff may be allowed to enforce an unpaid judgment through methods such as attachment, imposition of a lien, or garnishment.

       You are ordered to appear for a Status Conference by telephone on **November 22, 2023** at **9:30 a.m.** before Magistrate Judge Peggy Kuo.  You must call toll free **(877) 336-1274** and input the Access Code **1453850** at the time of the Conference.  Pursuant to Local Civil Rule 1.8, you may not independently record any court proceedings.  A transcript of the proceedings may be ordered from the Clerk's Office.

       The Court, by mailing a copy of this Order to the addresses provided by Plaintiff, notifies

Defendants of this proceeding and affords them the opportunity to appear.

On or before **November 15, 2023,** if you would like to inform the Court and Plaintiff of your views, including whether you received notice about the lawsuit prior to this notice, or your factual and legal objections to Plaintiff's claims, you may send a letter or statement to the Court and to Plaintiff's counsel, whose information is at the bottom of the page. If you did not receive a copy of the Complaint in this case, you may request one from Plaintiff's lawyer or the Clerk of Court. Any letter or statement to the Court will be posted electronically on the public docket for this case. You should clearly identify the case name and number from the caption of this notice and mail or deliver a copy to:

> United States District Court for the Eastern District of New York
> Attn: Clerk's Office / U.S.M.J. Kuo
> 225 Cadman Plaza East
> Brooklyn, New York 11201.

The Clerk of Court is respectfully requested to mail a copy of this Order to:

(1) **NYC Green Transportation Group LLC** – 33-24 Norther Blvd. 5th Floor, Long Island City, NY 11101;

(2) **Nuride Transportation Group LLC** – 33-24 Norther Blvd. 5th Floor, Long Island City, NY 11101;

(3) **Anthony G. Parrizzi** – 33-24 Norther Blvd. 5th Floor, Long Island City, NY 11101;

(4) **Anthony G. Parrizzi** – 3050 33rd Street Apt. 1F, Long Island City, NY 11101;

(5) **Nadim Ahmed** – 33-24 Norther Blvd. 5th Floor, Long Island City, NY 11101;

(6) **Nadim Ahmed** – 3083 46th Street Apt. 1, Astoria, NY 11103;

(7) **Nadim Ahmed** – 6 Grace Drive, Old Westbury, NY 11568.

**SO ORDERED:**

*Peggy Kuo*
PEGGY KUO
United States Magistrate Judge

Dated:   October 31, 2023
         Brooklyn, New York