# LAW OFFICES OF FASIH U. DIN

1623 3rd Avenue, Suite 25F,
New York, NY 10128
Ph: (646) 413-0360
fasihlaw@gmail.com
fdin@dinlawnyc.com
www.dinlawnyc.com

**VIA ECF**

September 15, 2025

**Hon. Frederic Block U.S.D.J**
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **Re:** *A Rum Kim v. NYC Green Transportation Group LLC, et al.,*
    Case No. 1:23-cv-05445-FB-PK (E.D.N.Y.) Withdrawal of Counterclaims/Pre-Motion Conference

Honorable Judge Block:

Counsel for Plaintiff and Defendants NYC Green Transportation Group LLC, NuRide Transportation Group LLC, and Nadim Ahmed jointly write to advise the Court that Defendants have agreed to withdraw their counterclaims asserted in this matter with prejudice.

In light of this development, Plaintiff's request for a pre-motion conference concerning dismissal of the counterclaims is now moot. The parties respectfully request that the pre-motion conference currently scheduled for September 16, 2025 at 4:00 PM be taken off the Court's calendar.

A stipulation of dismissal with prejudice of Defendants' counterclaims will be filed promptly.
Respectfully submitted,

                                              Respectfully submitted,

                                              **/s/ Fasih Din**
                                                          **Fasih Din**
                                                    Law Offices of Fasih Din
                                                      Attorney for Defendants
                              NYC Green Transportation Group LLC,

NuRide Transportation Group LLC,
                                                                                            and Nadim Ahmed

cc: All Counsel Via ECF