UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| A. RUM KIM, | |
|---|---|
| Plaintiff, | Case No. 1:23-cv-05445-FB-PK |
| - against - | **STIPULATION TO WITHDRAW COUNTERCLAIMS WITH PREJUDICE** |
| NYC GREEN TRANSPORTATION GROUP LLC, NURIDE TRANSPORTATION GROUP LLC, ANTHONY G. PARRIZZI, and NADIM AHMED (a/k/a NADIM AHMED KHAN), | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff A. Rum Kim and Defendants NYC Green Transportation Group LLC, NuRide Transportation Group LLC, and Nadim Ahmed, through their undersigned counsel, that Defendants' counterclaims asserted in this action are hereby **withdrawn with prejudice**.

Each party shall bear its own attorneys' fees and costs with respect to the withdrawn counterclaims.

Dated: September 15, 2025

Respectfully submitted,

| | |
|---|---|
| Dated: New York, New York<br><br>September 15, 2025 | Law Offices Of Fasih U. Din<br><br>By: ___/s/ Fasih Din_____<br>Fasih Din<br>1623 3rd Ave, 25F<br>New York, New York 10128<br>(646) 413-0360<br>fasihlaw@gmail.com<br>fdin@dinlawnyc.com |

*Attorneys for Defendant Nadim Ahmed*
*NYC Green Transportation Group LLC,*
*NuRide Transportation Group LLC*

                                          Landry Belizaire, Esq.

                                         <u>/s/ Landry Balizaire</u>

                                             BELIZAIRE LAW P.C.
                                          Landry Belizaire, Esquire
                                              2 Broad Street, Suite 505
                                     Bloomfield, New Jersey 07003
                           Tel: (973) 748-0808; Fax: (973) 748-3949
                                 Email: [LB@BELIZAIRELAW.COM](mailto:LB@BELIZAIRELAW.COM)

Attorney for Plaintiff A. RUM KIM