# LAW OFFICES OF FASIH U. DIN

1623 3rd Avenue, Suite 25F,
New York, NY 10128
Ph: (646) 413-0360
fasihlaw@gmail.com
fdin@dinlawnyc.com
www.dinlawnyc.com

**VIA ECF**

October 3, 2025

**Hon. Magistrate Judge Eichenholtz**
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  **Re:** *A Rum Kim v. NYC Green Transportation Group LLC, et al.,*
  Case No. 1:23-cv-05445-FB-PK (E.D.N.Y.) Joint Status Report Pursuant to September 5, 2025 Order

Honorable Judge Eichenholtz:

  Pursuant to the Court's September 5, 2025 Order, the parties were directed to submit a joint status report by October 3, 2025, concerning the status of discovery disputes. On October 2, 2025, I circulated my section of the joint letter to Plaintiff's counsel and Co-Defendant's counsel and requested that they provide their respective sections so that a consolidated submission could be filed today. As of the time of this filing, no responses have been received.

  Accordingly, I respectfully submit the following section on behalf of Defendants NuRide Transportation Group LLC, NYC Green Transportation Group LLC, and Nadim Ahmed. I remain ready to meet and confer in good faith and will supplement or join in a consolidated submission should opposing counsel provide their portions.

## **Defendants NuRide Transportation Group LLC, NYC Green Transportation Group LLC, and Nadim Ahmed's Position**

  Defendants NuRide Transportation Group LLC, NYC Green Transportation Group LLC, and Nadim Ahmed, by their counsel, state that they have complied with their discovery obligations. Plaintiff previously served interrogatories and document requests on these Defendants, and responses and objections were timely served. Co-Defendant Parrizzi, through counsel, also served discovery demands, to which responses were likewise provided.

On October 2, 2025, these Defendants served responses to Plaintiff's Requests for Admission on behalf of NuRide, NYC Green, and Nadim Ahmed. Accordingly, Defendants have completed responses to all outstanding written discovery requests directed to them.

With respect to the Court's September 5, 2025 Order requiring the parties to meet and confer, counsel for these Defendants attempted to confirm availability but inadvertently misdirected the message. That was a clerical error, not a refusal to confer. Counsel remains ready and willing to meet and confer in good faith to address any remaining disputes, if any, so that the parties may finalize their positions for the Court.

Defendants' position is that they are in compliance with their discovery obligations, and any disputes that remain appear to concern either Plaintiff's responses or issues raised by Co-Defendant Parrizzi.

Respectfully submitted,

/s/ **Fasih Din**
**Fasih Din**
Law Offices of Fasih Din
Attorney for Defendants
NYC Green Transportation Group LLC,
NuRide Transportation Group LLC,
and Nadim Ahmed

cc: All Counsel Via ECF